IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 MAR 14 A 9: 19

L.D. BRock, # 235552
Full name and prison number
of plaintiff(s)

v.

Gwendolyn C. Mosley w. III
Thomas Bailey, CoI
Munchie Keaton CoI

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:06cv235-WHA
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court
      dealing with the same or similar facts involved in this
      action?  YES (  )  NO ( X )

   B. Have you begun other lawsuits in state or federal court
      relating to your imprisonment?  YES (  )  NO ( X )

   C. If your answer to A or B is yes, describe each lawsuit
      in the space below.  (If there is more than one lawsuit,
      describe the additional lawsuits on another piece of
      paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if
         state court, name the county) _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _EASTERLING CORRECTIONAL CENTER, 200 WALLACE DR. Clio, ALABAMA 36017_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _EASTERLING_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                   ADDRESS

1. _GWENDOLYN MOSLEY    200 WALLACE DR. Clio, AL 36017_
2. _Thomas Bailey CoI, 200 WALLACE DR, Clio, AL 36017_
3. _Munchie Keaton CoI, 200 WALLACE DR, Clio, AL 36017_
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED

_FEB, 21, 2006_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Caused Bodily Harm, By over Abuseing There Power._

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

ON FEB. 21, 2006, At Kitchen Officer Thomas BAILEY MADE Petitioner TAKE A BARE RAZOR BLADE AND Shave with it without CREAM, Petetioner stated HE Did·nt HAVE A staff, They Don't HAVE Any IN The Cube, Officer Bailey stated. I Don't CARE Your White Ass Is going To Shave, Petitioner WAS Cutting His-

GROUND TWO: Discriminateing Against ME, IN A Improper MANNER FOR Corrections officer

SUPPORTING FACTS: when Petitioner went back To The DORM, HE tried To Get officer Keaton To Let Him go To HCU, because of The Cuts HE Would Not do it, Petitioner Tried To Go To The Shift Commanders office they would Not Let Him. HE was Refused Treatment for This, Plus The Corrections At EASTERLING Is employed With with 85% BLACK, 15% White - Cont

GROUND THREE: _____

SUPPORTING FACTS: _____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like a full & investigation done on this matter, I would like a full Reprimand on everyone envolve. Also if defendant are found wrong, composation in my behalf for pain & suffering

L.D. BROCK 235552
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on March, 9, 2006
(Date)

L.D. BRock 235552
Signature of plaintiff(s)

4

[V.] GROUND ONE: CAUSED BODILY HARM, BY OVER ABUSEING THERE POWER          (Cont)

FACE UP BAD HE WAS BLEEDING ALL OVER THE PLACE HE HAD SEVERAL CUTS. L.D. BROCK IS A MENTAL PATIENT HERE HE HAS TO SEE DR. BRUN. PETITIONER HAS SERIOUS MENTAL DISABILITIES.

[V.] GROUND II TWO: DISCRIMINATING AGAINST ME, IN A IMPROPER MANNER FOR CORRECTIONAL OFFICERS.    (Cont)

But they ALL DISCRIMINATE BECAUSE THEY DON'T LIKE YOU BECAUSE OF YOUR CHARGE YOU CATCH IT, IF THEY DON'T LIKE YOU COLOR YOU'VE HAD IT. THEY BACK EACH OTHER UP TO KEEP THEIRSELFS HALF WAY IN BOUNDS.

Feb. 21, 2006

At approximately 9:00 AM Feb. 21, 2006. The Hot Dorm was escorted to the chow hall by Officer Bailey. The Diabetics were called in first and then Bailey spotted LD Brock and began cussing him and handed Brock a double edge razor with no staff and told Brock to shave or he would be written up. LD Brock was made to stand in front of the entire dorm and shave with a naked razor while Officer Bailey called him "a stupid son of a bitch" over and over.

LD Brock cut hisself numerous times trying to shave while visibly shaking. Brock entered the chow hall last with several open wounds bleeding and a cut on his neck. Brock is a mental patient with serious mental disabilities that every one in the prison knows about.

Upon returning to the dorm LD Brock tried to go to HCU and/or tried to see the shift commander but was refused by Officer Keeton. Officer Keeton told several inmates including Brock that Bailey had told him that [NO ONE] was to go to the shift office without going through Bailey himself. LD Brock was refused treatment for his injuries of which he had also cut his fingers on his hand while trying to hold the razor to shave with. LD Brock was again trying to get Officer Keeton to let him go to see the Dr. Brun his doctor who has been treating Brock but Officer Keeton refused slamming the cubicle tray in Brock's face.

Here are a list of only a few inmates that witnessed the incident:

1. Phillip Crosby #221450
2. Victor Harris #141838
3. Clay Hodge #198570
4. Jerre Scott #129020
5. Joe Nulley #135327
6. Ret Hailey 133711
7. Richard Mosby
8. Jason Channell 164952
9. 
10.