IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

L.D. BROCK, #235 552                         *

    Plaintiff,                              *

    v.                                      *       2:06-CV-235-WHA

GWENDOLYN C. MOSLEY, *et al.*,               *

    Defendants.                             *

_____

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before April 19, 2006 Plaintiff shall show cause why this case should not be dismissed for his failure to pay the initial partial filing fee as directed by court order entered March 16, 2006. ( Doc. No. 3.) In filing his response, Plaintiff shall advise the court of whether he authorized prison officials to withdraw funds from his prison account for payment of the initial partial filing fee, whether he has simply chosen not to submit the filing fee, or whether he is unable to comply at this time with the order directing payment of an initial partial filing fee. If Plaintiff does not wish to continue with this cause of action, he shall so advise the court and file a motion to dismiss.

Plaintiff is cautioned that his failure to file a response to this order will result in a Recommendation that this case be dismissed.

Done this 11th day of April 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED   STATES   MAGISTRATE   JUDGE